MARIA-COSTANZA
BARDUCCI BARDUCCI
LAW FIRM PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW

YORK 10011 TELEPHONE:
212-433-2554

Honorable Katharine H. Parker
U.S. Magistrate Judge          April 24, 2023
Southern District of New York
500 Pearl St,
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023
```

Re:   Carlos Ruiz Florez, vs. Mace Properties, Inc, and The Independent NYC, Inc.
      No.: 1:23-cv-01077-PGG-KHP
      *Letter-Motion for the Adjournment of Conference [DE#8]*

Dear Honorable Magistrate Judge Parker,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's February 17, 2023 Order [DE#8], the Parties are required to appear before Your Honor on April 27, 2023 for the Initial Conference. Tantamount, the Plaintiff wishes to apprise the Court that at this time, no Defendant has yet to appear in this instant action. Therefore, the Plaintiff humbly moves the Court to grant an adjournment of conferences in this matter, at least until one or both Defendants enter their appearance.

As an initial matter, the Plaintiff has filed for, and was granted Certificate of Clerk's Default against the non-appearing Defendants, see DE#15 & 16, entered April 3, 2023. Thereinafter, the Plaintiff intends on filing for a Final Motion for Entry of Default Judgment against the Defendants in the near future. Given that several months have passed since the filing of this lawsuit, and that neither Defendant has made any contact with the Plaintiff's office despite being properly served by the Department of the State, as well as service of letters of notice to this civil action, the Plaintiff contends that the Court should permit the request to file motions for Default Judgment pursuant to Fed.R.Civ.P.55(b)(2).

Thank you for your time in considering this request.

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.   4/25/2023

Plaintiff's request to adjourn the April 27, 2023 case management conference is GRANTED.

By **Thursday, May 25, 2023**, Plaintiff shall file its motion for default judgment. Defendants shall respond by **Monday, June 26, 2023**. Plaintiff shall reply to any opposition by **Monday, July 10. 2023**.

Most Respectfully,

BARDUCCI LAW FIRM

*/s/ Maria Costanza Barducci*

PLLC, Maria-Costanza

Barducci Esq.