```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARLOS RUIZ FLOREZ,

                Plaintiff,

    -against-

MACE PROPERTIES, INC. and THE INDEPENDENT NYC INC.,

                Defendants.
-------------------------------------------------------------------X

Case No: 1:23-cv-01077-PGG-KHP

**STIPULATIN EXTENDING THE TIME FOR DEFENDANT THE INDEPENDENT NYC INC., TO ANSWER THE COMPLAINT**

      **IT HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for defendant THE INDEPENDENT NYC INC., answer the Complaint or appear in this action is hereby extended to and including May 24, 2023.

Dated:  New York, New York
         May 11, 2023

_____
Maria Costanza Barducci
Barducci Law Firm PLLC
5 West 19th St. 10th Fl
New York, NY 10011
Tel: (212)-433-2554
E-Mail: mc@barducilaw.com
*Attorney for Plaintiff*

LITCHFIELD CAVO LLP

_____
Michael K. Dvorkin, Esq. (MKD 6827)
420 Lexington Avenue, Suite 2104
New York, New York 10170
Tel: (212) 434-0100
E-Mail: dvorkin@litchfieldcavo.com
*Attorneys for Defendant*
*THE INDEPENDENT NYC INC.*

**APPLICATION GRANTED**

_____
Hon. Katharine H. Parker, U.S.M.J.  5/26/2023