**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

CARLOS RUIZ FLOREZ,

                                   Plaintiff,                                **23-CV-1077 (PGG) (KHP)**

                    -against-

                                                                            **ORDER**

MACE PROPERTIES, INC, and
THE INDEPENDENT NYC, INC.,

                                   Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 8/11/2023 |

As discussed in the August 11, 2023 conference, the parties shall write a joint status

letter by **September 8, 2023**, updating the Court on their status with discovery and settlement.

        **SO ORDERED.**

DATED:        New York, New York
                 August 11, 2023

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge