UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **1:23-cv-01077-PGG-KHP**

| | |
|---|---|
| **Carlos Ruiz Florez,**<br>     Plaintiff,<br>vs.<br><br>**Mace Properties, Inc.**, and<br>**The Independent NYC, Inc.**<br>     Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT MACE PROPERTIES INC.** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *without prejudice*, against Defendant, MACE PROPERTIES INC.

Dated: August 28, 2023.

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com

SO ORDERED.

[signature]

Paul G. Gardephe
United States District Judge

Dated: August 30, 2023

The Clerk of Court is directed not to close this case.