UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CARLOS RUIZ FLOREZ,

                                     Plaintiff,

                -against-

MACE PROPERTIES, INC, and
THE INDEPENDENT NYC, INC.,

                                   Defendants.
----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 9/21/2023

**23-CV-1077 (PGG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of Plaintiff's stipulation voluntarily dismissing his claims against Mace Properties Inc. (ECF No. 37), Plaintiff's motions for default judgment as to Mace Properties at ECF Nos. 25 and 28 are moot.

       Therefore, the Clerk of the Court is respectfully requested to close the motions at ECF Nos. 25 and 28.

       SO ORDERED.

DATED:     New York, New York
               September 21, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge