```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  CARLOS RUIZ FLOREZ,

                                    Plaintiff,              23-CV-1077 (PGG) (KHP)

          -against-                                  **POST-CONFERENCE ORDER**

MACE PROPERTIES, INC, and
THE INDEPENDENT NYC, INC.,

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 10, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

The deadline to complete discovery (both fact and expert) is **October 31, 2025**. There shall be no further amendments to the pleadings or joinder of parties absent good cause.

**By April 10, 2025**, the parties shall file a Joint Status Letter, updating the Court on the status of discovery and settlement negotiations.

    **SO ORDERED.**

DATED:     New York, New York
               February 10, 2025

                                                     *Katharine H Parker*
                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge