MARIA-COSTANZA BARDUCCI
Attorney at Law
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/25/2025
```

August 22, 2025

**Via CM/ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Eastern District of New York
500 Pearl St,
New York, NY 10007

**APPLICATION GRANTED**

*[signature]* 8/25/2025

Hon. Katharine H. Parker, U.S.M.J.

> **Re:**  **Florez v. Mace Properties, inc. et al**
> **Civil Action No: 1:23-cv-01077-PGG-KHP**
> **Motion for Extension of Time to File Document**

Dear Honorable Magistrate Judge Parker:

I represent the Plaintiff in the above-referenced matter.

Pursuant to the Court's June 23, 2025 Order, the Parties jointly file the Stipulation of Dismissal by August 22, 2025.

Crucially however, the settlement negotiations are at this very time, still underway as the Parties are still in the process of encapsulating the exact terms of the settlement agreement and conducting the final review thereof.

Thereon, while the document's terms are still being reviewed and negotiated, the Plaintiff would humbly request an extension of time for full execution of the Settlement, thereon the Plaintiff would humbly request additional allotment of time, of thirty "30" days to file the Stipulation in this matter, and any other relief the Court deems just and proper.

Thank you for your consideration.

Respectfully Submitted,

**BARDUCCI LAW FIRM, PLLC**

s/Maria Costanza Barducci
Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only