Maria-Costanza Barducci
Attorney at Law
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2025

September 30, 2025

**APPLICATION GRANTED**

*signature*

Hon. Katharine H. Parker, U.S.M.J.

10/01/2025

**Via CM/ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Eastern District of New York
500 Pearl St,
New York, NY 10007

    Re:    *Florez v. Mace Properties, inc. et al*
            *Civil Action No: 1:23-cv-01077-PGG-KHP*
            *Motion for Extension of Time to File Document*

Dear Honorable Magistrate Judge Parker:

    I represent the Plaintiff in the above-referenced matter.

    Pursuant to the Court's August 25, 2025 Order, the Parties jointly file the Stipulation of Dismissal within thirty days on the Court's directive.

    Foremost, it has recently come to the Plaintiff's attention that certain terms are still pending, and out of the abundance of caution, may require but one more extension to finalize the exact terms and conditions to the binding instrument.

    **Therefore, the Plaintiff would humbly request one further extension of time to execute the Settlement, for a final allotment of thirty "30" days to file the Stipulation in this matte**r. The Parties are confident that this will be finalized and the dispositive documents filed before that time.

    Thank you for Your Honor's time and consideration to this request.

                Respectfully Submitted,

                **BARDUCCI LAW FIRM, PLLC**

                s/Maria Costanza Barducci
                Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only